AO 442 (Rev. 5/93) Warrant for Arrest

*1462780/*
*0811-1024-0060-2*

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

v.

Barry Lynn Samuel aka Samuel Jacques aka Lynn, aka Nephew

**WARRANT FOR ARREST**

Case Number: CR 07-645 MMC

To: The United States Marshal
and any Authorized United States Officer

**FILED**
NOV 5 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to arrest __Barry Lynn Samuel__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint
( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2,21:841(a)(1) and (b)(1)(C),21:853 conspiracy to possess with intent to distribute and to distribute heroin, possession with intent to distribute and distribution of heroin

in violation of Title __See above__  United States Code, Section(s) __

_____
Signature of Issuing Officer

__Deputy Clerk__
Title of Issuing Officer

__San Francisco 10/11/07__
Date and Location

Bail fixed at $ __no bail__  by  __Edward Chen, U.S. Magistrate Judge__
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __Oakland, CA__

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/24/2007 | Carl Benner TFO-DEA | by [signature] 5657 |