1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                 SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA    )    No. CR-07-00645-MMC
10                             )
                               )
11     Plaintiff,              )    [PROPOSED] ORDER PERMITTING
                               )    DEFENDANTS TO USE MP3
12                             )    AUDIO PLAYERS TO REVIEW
                               )    DISCOVERY AT SANTA RITA JAIL
13  v.                         )
                               )
14  RONALD WILLIAMS, et.al.,   )
                               )    The Honorable Maxine M. Chesney
15                             )
       Defendants.             )
16  _____)

17

27  ///
28

Proposed Order MP3 Player Santa Rita                          1

1  Finding good cause shown, as discovery has been provided in digital audio format:

2  IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3
3  player in order to review audio discovery at Santa Rita Jail;
4  BARRY LYNN SAMUEL,
5  ELEAZOR MORA-ARCIGA,
6  SALVADOR ORTEGA,
7  ERIKA MANZO,
8  JAVIER ULISES ZAMORA-HERNANDEZ,
9  ALFREDO GONZALEZ GOVEA,
10 CESAR RAMIREZ-CHAVIRA,
11 MIGUEL RAMIREZ.

13 IT IS SO ORDERED.

15 Dated: MAR 1 2 2008

THE HONORABLE MAXINE M. CHESNEY
United States District Judge