UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: May 14, 2008

Case No. CR-07-0645 MMC  JUDGE: **Maxine M. Chesney**

Ronald Williams(cust); Barry Samuel (cust);
Jose Juan Penaloza-Hilario (cust);*
Eleazar Mora-Arciga (cust)*; Salvador Ortega(cust);
Samuel Aranda (cust); Erika Manzo (cust)*;
Javier Ulises Zamora-Hernandez (cust);
Michael Joseph Silva (cust); Alfredo Gonzales Govea (cust)*;
Larry Bishop; Jose Antonio Camacho-Mendez (cust)*;
Cesar Ramirez-Chavira (cust)*; Miguel Ramirez (cust)

_____
            DEFENDANT

Present (X) Not Present ( ) In Custody (X)

Ron Tyler (Williams); Richard Mazer (Samuel);
Richard Tamor for Wiilliam DuBois Hilario);
Randall Knox (Arciga) Henry Schaefer for
Michael Stepanian (Ortega); Lidia Stiglich (S. Aranda); Martha Boersch for Ethan Balogh (Manzo);
Mary McNamara (Zamora-Hernandez); Richard Tamor For George Boisseau (Silva); Ron Tyler for Jeffry Glenn (Govea); Tony Brass (Bishop);
Nicholas Reyes (Camacho-Mendez); Martha Boersch (Ramirez-Chavira); Shana Keating (M. Ramirez)

Barbara Silano and Kirstin Ault
    U.S. ATTORNEY(S)

_____
ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: Tracy Lucero        Reporter: Katherine Powell

Spanish Interpreter: Melinda Basker

**PROCEEDINGS**

REASON FOR HEARING   Further Status/ Motion Setting Conference

RESULT OF HEARING   AUSA Kirstin Ault informed the Court that there are currently
9 outstanding plea proposals and that all discovery has been
Given to defendants. Court informed counsel that the Court would
Be available on June 18, 2008 at 10:00 a.m. for Change of Plea(s)

Case continued to <u>June 25, 2008 at  2:00 p.m.</u>    for Further Status/Motion Setting Conference
(Courtroom #4, 17th Floor).
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) <u>Complexity</u>  Begins <u>5/14/08</u>   Ends <u>6/25/2008</u>

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////