UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: JUN 1 8 2008

Case No. CR-07-0645-02 MMC   JUDGE: Maxine M. Chesney

DEFENDANT: Barry Lynn Samuel

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: Barbara Silano

ATTORNEY FOR DEFENDANT: Richard Mazur

Deputy Clerk: Tracy Lucero

Reporter: Belle Ball

## PROCEEDINGS

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Δ pled guilty to Count 3 of Indictment. Plea Agreement filed with the Court.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to 9/10/08 @ 2:30 for Judgment & Sentencing / Gov't's motion to Dismiss Remaining Counts.

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(20 min)