# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: CR 07-00645-2 MMC |
| ) | |
| **Barry L. Samuel** ) | |
| ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____September 10, 2008_____ be continued until _____October 8, 2008_____ at _____2:30 p.m._____.

Date: 7-21-08

Maxine M. Chesney
United States District Judge

NDC-PSR-009 12/06/04