1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | CLAUDIA QUIROZ (CABN 254419)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7428

7 | FAX: (415) 436-7027
claudia.quiroz@usdoj.gov

8

9 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 07-CR-00645-002 MMC |
|---|---|
| v. | ) **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF INITIAL APPEARANCE** |
| BARRY LYNN SAMUEL, | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF INITIAL APPEARANCE
07-CR-00645-002 MMC

1   The Court has set December 10, 2014, at 2:15 p.m. as the date for Defendant Barry Lynn
2   Samuel's Initial Appearance on a Supervised Release Petition.  To give the defense time to adequately
3   investigate the charges, the parties respectfully request that the Court continue the date of the initial
4   appearance to January 28, 2015.
5       SO STIPULATED.

                                        MELINDA HAAG
                                        United States Attorney

DATED: December 8, 2014            ____/s/_____
                                        CLAUDIA QUIROZ
                                        Assistant United States Attorney


DATED: December 8, 2014            ____/s/_____
                                        HARRIS B. TABACK
                                        Attorney for Barry Lynn Samuel


                            Attestation of Filer

In addition to myself, the other signatory to this document is Harris B. Taback.  I attest that I have his permission to enter a conformed signature on his behalf and to file the document.


DATED: December 8, 2014            _____/s/_____
                                        CLAUDIA QUIROZ
                                        Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF INITIAL APPEARANCE
07-CR-00645-002 MMC

**[PROPOSED] ORDER**

For the reasons stated above, the Court continues the Initial Appearance on a Supervised Release Petition in this matter from December 10, 2014 to January 28, 2015.

IT IS SO ORDERED.

DATED: December 9, 2014

_____
HON. MAXINE M. CHESNEY
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF INITIAL APPEARANCE
07-CR-00645-002 MMC