MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CLAUDIA A. QUIROZ (CABN 254419)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7027
    claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>BARRY LYNN SAMUEL,<br><br>       Defendant. | CASE NO. 07-CR-00645-002 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF STATUS CONFERENCE** |

     The Court has set April 22, 2014, at 2:15 p.m. as the date for a status conference in the above-referenced matter. Due to defense counsel's unavailability on that date, the parties respectfully request that the Court continue the date of the status conference to April 29, 2015.

     SO STIPULATED.

                                                           MELINDA HAAG
                                                           United States Attorney

DATED: April 20, 2015                                  _____/s/_____
                                                           CLAUDIA A. QUIROZ
                                                           Assistant United States Attorney

DATED: April 20, 2015          _____/s/_____
                               HARRIS B. TABACK
                               Attorney for Barry Lynn Samuel

<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is Harris B. Taback. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: April 20, 2015          _____/s/_____
                               CLAUDIA A. QUIROZ
                               Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF STATUS CONFERENCE
07-CR-00645-002 MMC

**[PROPOSED] ORDER**

For the reasons stated above, the Court continues the status conference in this matter from April 22, 2015 to April 29, 2015.

IT IS SO ORDERED.

DATED: April 20, 2015

_____
HON. MAXINE M. CHESNEY
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF STATUS CONFERENCE
07-CR-00645-002 MMC