UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

V.

BARRY LYNN SAMUEL,

    Defendant.

No. CR - 07 - 0645 - 2 MMC

**[PROPOSED] ORDER FOR VOLUNTARY SURRENDER**

Defendant has requested permission to report voluntarily, at Defendant's own expense, to the federal institution designated by the Bureau of Prisons for service of Defendant's sentence which was ordered on April 29, 2015, ~~and is hereby modified as follows:~~ and good cause appearing:

IT IS HEREBY ORDERED THAT:

1. The Court's previous Order For Voluntary Surrender dated April 30, 2015 (Dkt. No. 605) directing the Defendant to self-surrender on July 22, 2015 is vacated.

2. The stay of execution of Defendant's sentence previously issued by the Court (Dkt. No. 605 paragraph 1) is continued to be granted on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance or on U.S. Pretrial supervision as directed by the magistrate judge.

3. As notified by the United States Marshal, the Defendant shall report to the federal institution designated by the Bureau of Prisons on or before 2:00 p.m. on Thursday, October 22, 2015. If there has been no designation made prior to the surrender date, then the Defendant is to report to the above office of the United States Marshal by 2:00 p.m. on the surrender date.

4. Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

<u>FAILURE TO APPEAR</u> as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Dated: July ___16___, 2015

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE